USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                         17 Cr. 0791 (LAK)

THERYN JONES,

        Defendant.
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Any reply to the government's November 14, 2019 letter [DI-74] opposing defendant Jones's request for trial subpoenas shall be filed on or before November 21, 2019.

        SO ORDERED.

Dated:    November 19, 2019

                                                Lewis A. Kaplan
                                          United States District Judge