```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 21 2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

THERYN JONES,
GYANCARLOS ESPINAL, and
ARIUS HOPKINS,

Defendants.

S4 17 Cr. 791 (LAK)

[PROPOSED] ORDER

Upon the application of the defendant, Theryn Jones (Register No. 87016-054), by and through his attorneys, the Court hereby orders the Metropolitan Correctional Center ("MCC") in New York, New York, to accept clothing for the defendant to use during the pendency of his trial. The Court now orders the MCC to accept up to five sets of clothing, including, but not limited to, undershirts, socks, shoes, dress shirts, suit pants, suit jackets, ties, and sweaters, and to permit such clothing to be made available to the defendant prior to each court date in this case. In addition, the Court shall permit the defendant to change into business attire at the Court prior to each appearance and appear before the jury without restraints during the pendency of his trial. Counsel for the defendant shall deliver a copy of this order to the appropriate personnel at the MCC.

SO ORDERED.

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Dated: November 21, 2019
New York, New York