```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA


            -against-                                      S4 17-cr-0791 (LAK) (LAK)


THERYN JONES and ARIUS HOPKINS,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

# ORDER

LEWIS A. KAPLAN, *District Judge*.

        The government today sought an order providing that defendant Jones be restrained during trial.

        The government shall file any evidence in support of its application with respect to Jones and any other evidence concerning whether a similar order should be entered with respect to Hopkins no later than 1 pm on November 26, 2019. Any response by either defendant shall be filed no later than 1 pm on November 27, 2019.

        The parties' attention is invited to *United States v. Davis,* S2 05-cr-1157 (LAK). Any subsequent pertinent authority is welcome.

        SO ORDERED.

Dated:     November 25, 2019

                                              /s/        Lewis A. Kaplan

                                                    Lewis A. Kaplan
                                          United States District Judge