```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,


                -against-                                              17-cr-0791 (LAK)


ALEXANDER MELENDEZ, et al.,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The Court is considering taking judicial notice that sunset in the Bronx on January 2, 2014 occurred at 4:39 per [www.timebie.com/bronxny/php](www.timebie.com/bronxny/php) and so instructing the jury. It will her any objections before any additional testimony is taken or the record closed.

       SO ORDERED.

Dated:    December 11, 2019

                                        /s/   Lewis A. Kaplan
                                             _____
                                                      Lewis A. Kaplan
                                               United States District Judge