UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,


       -against-                                   17-cr-0791 (LAK)


ALEXANDER MELENDEZ, et al.,

                           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**ORDER**


LEWIS A. KAPLAN, *District Judge.*

          Further to the Court's prior order, it is considering taking judicial notice also that the weather in the Bronx on January 2, 2014, per
https://www.timeanddate.com/weather/@5110253/historic?month=1&year=2014
was as follows

          at 3:51 pm, 4:51 pm and 5:51 pm, overcast
          at 6:51 pm   light snow and overcast

and so instructing the jury. It will hear any objections at the same time as with respect to the prior order.

          SO ORDERED.

Dated:        December 11, 2019


                                /s/   Lewis A. Kaplan
                          _____
                               Lewis A. Kaplan
                         United States District Judge