**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7140

WRITER'S EMAIL ADDRESS
marcgreenwald@quinnemanuel.com

December 19, 2019

**VIA ECF AND HAND-DELIVERY**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019
```

Re:   **United States v. Jones *et al.*, S4 17 Cr. 791**

Dear Judge Kaplan:

     We respectfully submit this letter motion on behalf of Defendants Theryn Jones and Arius Hopkins to seek an extension to file Mr. Jones' and Mr. Hopkins' post-trial motions pursuant to Federal Rules of Criminal Procedure 29 and 33.

     Rule 29 provides that "[a] defendant may move for a judgment of acquittal, or renew such a motion, within 14 days after a guilty verdict or after the court discharges the jury, whichever is later." Fed. R. Crim. P. 29(c)(1). Similarly, Rule 33 provides that "[a]ny motion for a new trial grounded on any reason other than newly discovered evidence must be filed within 14 days after the verdict or finding of guilty." Fed. R. Crim. P. 33(b)(2). Rule 45 allows the Court to extend the 14-day deadlines under Rules 29 and 33 upon a defendant's motion made, *inter alia*, "before the originally prescribed or previously extended time expires." Fed. R. Crim. P. 45(b)(1)(A); *see also United States v. Midyett*, No. 07-CR-874(KAM), 2010 WL 1992191, at *1 (E.D.N.Y. May 14, 2010).

     Following the jury verdict on December 17, Mr. Jones and Mr. Hopkins requested a 60-day deadline to file Rule 29 and 33 motions. Because the Court and defense counsel could not recall whether the 14-day deadline set forth in Rules 29 and 33 was extendable, the Court agreed to a 60-day deadline to file post-trial *briefs*, and Mr. Jones and Mr. Hopkins agreed to file their post-trial *motions* within 14 days if they concluded it was necessary to do so. Having now determined that Rule 45 permits the Court to extend the deadlines to file Rule 29 and 33 motions, Mr. Jones and Mr. Hopkins seek clarification that the Court is formally extending the deadline to file post-trial motions, as well as briefs, to 60 days from the jury verdict.

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

Consistent with the briefing schedule approved by the Court on December 17, Mr. Jones and Mr. Hopkins propose the below schedule for submitting post-trial motions and briefs.

| | |
|---|---|
| **Defendants' Post-Trial Motions/Briefs:** | February 18, 2020 |
| **Government's Response:** | March 19, 2020 |
| **Defendants' Reply:** | April 2, 2020 |

The government consents to this request and the proposed schedule.

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

GLENN A. GARBER, P.C.

/s/ Marc L. Greenwald
Marc L. Greenwald

/s/ Glenn A. Garber
Glenn A. Garber

*Counsel to Defendant Theryn Jones*

*Counsel to Defendant Arius Hopkins*

cc:   All counsel of record (by ECF)

*[Handwritten: Granted /s/ LAK 12/19/19]*