UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

      -against-                                    17-cr-0791 (LAK)

THERYN JONES,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Defendant Theryn Jones's motion for acquittal or a new trial [DI-173] is denied for substantially the reasons stated in the government's memorandum dated March 18, 2020 [DI-176].

      SO ORDERED.

Dated:     April 22, 2020

                                                /s/ Lewis A. Kaplan
                                                  Lewis A. Kaplan
                                             United States District Judge