UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

       -against-                      S4 17-cr-791 (LAK)

ALEXANDER MELENDEZ, et al.,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The motions of defendants Jones and Hopkins to postpone their sentencings [DI 190, DI 191] are granted to the extent that the sentencings of both are postponed until 10 a.m. on September 23, 2020. Any defense submissions shall be filed on or before September 9, 2020. Any government submissions shall be filed on or before September 16, 2020.

       SO ORDERED.

Dated:      April 23, 2020

                                        /s/    Lewis A. Kaplan
                                        _____
                                                 Lewis A. Kaplan
                                           United States District Judge