**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7140

WRITER'S EMAIL ADDRESS
marcgreenwald@quinnemanuel.com

February 17, 2021

**VIA E-MAIL AND ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10007

**MEMO ENDORSED**

Re:  **United States v. Jones, S4 17 Cr. 791**

Dear Judge Kaplan:

We write respectfully on behalf of Defendant Theryn Jones further to the Court's order of earlier today, Dkt. No. 235, to request that the Court authorize Clark Neily and Jay Schweikert to receive the materials noted in Mr. Jones's February 16, 2021 letter, Dkt. No. 234. Mr. Neily and Mr. Schweikert are counsel for a potential *amicus curiae*, and while neither is admitted to the bar of the Southern District of New York, they have represented that they are members of the following bars:

Mr. Neily:  Supreme Court of the United States; United States Courts of Appeals for the Fourth, Fifth, Tenth, Eleventh, and District of Columbia Circuits; United States District Court for the District of Columbia; and the District of Columbia.

Mr. Schweikert:  Supreme Court of the United States; United States Courts of Appeals for the Second, Fifth, Seventh, and Tenth Circuits; State of Maryland; and the District of Columbia.

If the Court grants this motion, both Mr. Neily and Mr. Schweikert will be bound by the terms of the protective order. *See* Dkt. No. 54, ¶ 3; Dkt. No. 235.

*Granted without opposition*

SO ORDERED

LEWIS A. KAPLAN, USDJ

3/9/21

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART