UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

           -against-

17-cr-0791 (LAK)

THERYN JONES, et al.,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The government is directed to file on CM-ECF a copy of its letter of March 23, 2021 to the Court and counsel for defendant Jones redacted to remove any material that it asserts should be kept under seal. An unredacted copy of the letter will be filed under seal.

        SO ORDERED.

Dated:      March 28, 2021

Lewis A. Kaplan
United States District Judge