UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

-against-                                               17-cr-0791 (LAK)

THERYN JONES, et al.,

                  Defendants.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Jones' motion to unseal certain materials [DI 237] is denied in all respects, substantially for the reasons set forth in the government's opposition [DI 247 (redacted) and sealed unredacted version].

        In addition, the government's application in DI 247 for redactions in the trial transcript as set forth in in Appendix C to the unredacted version of DI 247 is granted, again for the reasons set forth by the government. The government shall coordinate with the Clerk's Office and the court reporters to effectuate this ruling.

        In this regard, the Court draws attention to the Final Report of the Task Force on Protecting Cooperators (available at http://jnet.ao.dcn/about-ao/directors-office/final-report-task-force-protecting-cooperators [last visited March 30, 2021]), as well as the Task Force's Interim Report, a copy of which is included as Appendix G to the final report, which further support the Court's conclusions.

        SO ORDERED.

Dated:      March 30, 2021

                                                      Lewis A. Kaplan
                                               United States District Judge