UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

        -against-

17-cr-0791 (LAK)

THERYN JONES, et al.,

        Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court is in receipt of Mr. Jones' *ex parte* request for the appointment of counsel from the district's *habeas* panel. Mr. Jones shall submit to the Court a financial affidavit demonstrating the need for counsel by no later than Monday, April 8, 2024.

        SO ORDERED.

Dated:    March 25, 2024

                                              Lewis A. Kaplan
                                         United States District Judge