UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THERYN JONES,

                Movant,

     -against-

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------x

24-cv-4559 (LAK)

[17-cr-791 (LAK)]

**ORDER**

Lewis A. Kaplan, *District Judge.*

        On May 30, 2024, Movant filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence.[1]  The government shall respond by August 1, 2024.

        SO ORDERED.

Dated:     June 17, 2024

                                                 _____
                                                       Lewis A. Kaplan
                                                  United States District Judge

---

[1] Dkt 1.