UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THERYN JONES,

                                Movant,

                                                    24-cv-4559 (LAK)

                -against-
                                                    [17-cr-791 (LAK)]


UNITED STATES OF AMERICA,

                                Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Movant was convicted at trial of murder through the use of a firearm and murder while engaged in a narcotics conspiracy and sentenced principally to life imprisonment. The judgment was affirmed by summary order on August 24, 2022. *See United States v. Jones*, No. 20-3876, 2022 WL 3640449 (2d Cir. 2022). The movant's petition for *certiorari* was denied on May 30, 2023. The matter now is before the Court on movant's Section 2255 motion.

        The government has filed a thorough and persuasive opposition to the motion to which movant has not responded although the time within which to have done so has expired. The Court has reviewed the government's submission with care. The motion for relief under 28 U.S.C. § 2255 is denied substantially for the reasons advanced by the government.

        A certificate of appealability is denied, and the Court certifies that any appeal herefrom would not be taken in good faith within the meaning of 28 U.S.C. §1915(a)(3).

        SO ORDERED.

Dated:        October 1, 2024

                                            _____
                                                    Lewis A. Kaplan
                                            United States District Judge